AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

JOSEPH KEATING FEDERAL PROCESS SERVER

Plasterers' and Cement Masons' Local
V.
Stone Floor, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 446

TO: (Name and address of Defendant)

Cesar Silva, R/A/S
Stone Floor, Inc.
~~18 Ayers Street~~
~~Waterbury, Ct. 06706~~

or Cesar Silva, R/A/S
~~2724 East Main Street~~
~~Waterbury, Ct 06705~~ 02706
342 Lounsbury St

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Wiens 294-4700
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/10/06

(By) DEPUTY CLERK Paulette J. Duhe
Chief Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-13-06 |
| NAME OF SERVER *(PRINT)* JOSEPH KEATING | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. WIFE

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 545 MILES | 9 HOURS | 295.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-13-06
Date

[signature]
Signature of Server

JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.