**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS'AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN,in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 06-446

STONE FLOOR, LLC,
*Defendant.*

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on October 10, 2006. Defendant was served with a copy of the Complaint and summons by Constable Joseph Keating on November 13, 2006.

3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

4. Defendant was not, at the time of the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: February 27, 2007

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

E. Wiens

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 27th day of February, 2007.

Kathleen Sullivan

Notary Public

My commission expires on: 4/25/09

CERTIFICATION

I hereby certify that on the 27th day of February, 2007, I caused a true copy of the within Affidavit in support of Application for Default to be filed electronically with the Court and mailed via first class mail, prepaid to the individual below. The document is available for viewing and downloading with the ECF system.

Cesar Silva, R/A/S
Stone Floor, Inc.
342 Lomusbury Street
Waterbury, CT 06706

/s/ Elizabeth Wiens