**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 06-446

STONE FLOOR, LLC,
*Defendant.*

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

AS TO STONE FLOOR, LLC
DEFAULT HEREBY ENTERED.

DEPUTY CLERK
3/5/2007

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ _Elizabeth A. Wiens
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that on the 5th days of March, 2007, I caused a true copy of the within Application for Default to be filed electronically with the Court and mailed via first class mail, prepaid to the address below. The document is available for viewing and downloading with the ECF system.

/s/ Elizabeth Wiens

Cesar Silva R/A/S
Stonefloor, Inc.
342 Lomusbury Street
Waterbury, CT 06706