UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Plasterers' and Cement Masons'
Local 40 Pension Fund, et al

v. CA 06-446ML

Stone Floor, LLC.

ORDER

The above-captioned case was filed on October 10, 2006 and default was entered on March 5, 2007. The matter has been pending since without any further action and at least 120 days have passed since the complaint was filed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. LR Cv 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
April 6, 2007

Entered as an Order of this Court on April 6, 2007

Barbara Barletta
Deputy Clerk