**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS'AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN,in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 06-446

STONE FLOOR, LLC,
*Defendant.*

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's show cause order in the above-captioned matter. In support thereof, Plaintiffs state as follows:

1. The Complaint in this matter requests that this Court enter an Order requiring Defendant to submit to an audit of its records;

2. The Complaint also seeks to collect any delinquent contributions revealed during the aforementioned audit;

3. Subsequent to the filing of the Complaint, Defendant agreed to allow the Plaintiffs to audit its records;

4. The audit revealed that Defendant had failed to pay contributions on behalf of certain of its employees;

5. Plaintiffs are currently attempting to get in touch with the auditors to determine the exact amount of contributions owed;

6. Upon receipt of the audit results, Plaintiffs will file a Motion for Default Judgment;

7. Plaintiffs will make every effort to file said Motion for Default Judgment within the next few weeks.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that on the 19th days of April, 2007, I caused a true copy of the within Response to Show Cause Order to be filed electronically with the Court. The document is available for viewing and downloading with the ECF system.

/s/ Elizabeth Wiens