STONEFLOOR, LLC
SCHEDULE OF 2006 UNIDENTIFIED EMPLOYEES

| NAME | SOCIAL SECURITY NO. | JAN. | FEB. | MAR | APR. | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL UNREPORTED HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S SILVA | 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 | 60.00 | 34.00 | 111.00 | 31.00 | 45.00 | 12.00 | | | | | | | 293.00 |
| G DAURAY | 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 | | 12.00 | | | | | | | | | | | 12.00 |
| J QUEIROZ | 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 | | | 8.00 | | | | | | | | | | 8.00 |
| L COSTA | 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 | | | 18.00 | | | | | | | | | | 18.00 |
| J LOPEZ | 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 | | | 20.00 | | | | | | | | | | 20.00 |
| TOTAL HOURS | | 60.00 | 46.00 | 157.00 | 31.00 | 45.00 | 12.00 | - | - | - | - | - | - | 351.00 |
| RATE | | 17.90 | 17.90 | 17.90 | 17.90 | 17.90 | 18.90 | | | | | | | |
| TOTAL DUE TO FUND | | 1074.00 | 823.40 | 2810.30 | 554.90 | 805.50 | 226.80 | | | | | | | 6,294.90 |