STONEFLOOR, LLC
SCHEDULE OF 2006 HOURS UNREPORTED TO
PLASTERS' AND CEMENT MASONS' LOCAL #40 HEALTH & WELFARE FUND

| NAME | SOCIAL SECURITY NO. | JAN. | FEB | MAR | APR. | MAY | JUNE | JULY | AUG. | SEPT | OCT. | NOV. | DEC. | TOTAL UNREPORTED HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C SILVA | 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 | 100.00 | 12.00 | 136.00 | 40.00 | 120.00 | 40.00 | | | | | | | 448.00 |
| TOTAL HOURS | | 100.00 | 12.00 | 136.00 | 40.00 | 120.00 | 40.00 | - | - | - | - | - | - | 448.00 |
| RATE | | 17.90 | 17.90 | 17.90 | 17.90 | 17.90 | 18.90 | | | | | | | |
| TOTAL DUE TO FUND | | 1,790.00 | 214.80 | 2,434.40 | 716.00 | 2,148.00 | 756.00 | | | | | | | 8,059.20 |