Case 1:06-cv-00446-ML-DLM Document 8-6 Filed 05/08/2007 Page 1 of 1

Operative Plasterers' and Cement Masons'
International Association

Local 40, of Rhode Island
22 Amflex Drive, Cranston, Rhode Island 02921

Phone: 401-943-1185 Fax: 401-943-1894

MAY 0 8 2007

To, Employers of Cement Masons

Effective December6,005 Cement Masons of Local 40 have a $1.00 per hour Increase due and payable as follows

| | |
|---|---|
| Base Rate (unchanged) | $27.00 |
| Welfare Fund (increase) | $7.50 |
| Pension Fund (unchanged) | $5.25 |
| Annuity Fund (unchanged) | $3.10 |
| Apprentice Fund (unchanged) | $.15 |
| Labor Management (unchanged) | $.05 |

Deduct from the hourly base rate $1.85 for Union Dues

The above reflect a $1.00 increase under the terms of the collective bargaining Agreement negotiated between the Rhode Island Associated General Contractor And Local 40.Please advise your accounting\ bookkeeping department of the above and correct your records accordingly.

Anthony D'Antuono
Business Manger