TEL. (401) 942-8690 FAX (401) 943-4837

# PLASTERERS' AND CEMENT MASONS' LOCAL #40 HEALTH & WELFARE FUND

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920

mhc

TRUSTEES
JAMES DWYRE, Chairman
ANTHONY D'ANTUONO, Secretary
ROBERT MULLIGAN
JOHN EVERSON
MICHAEL IANNUCCILLI
DAVID CHAREST

June 6, 2006

TO ALL CONTRIBUTING EMPLOYERS:

The collective bargaining agreement between the Plasterers and Cement Masons Local #40 and the RI Chapter, Associated General Contractors, Inc. call for the following contributions to the various funds effective June 6, 2006.

| FUND | | RATE PER HOUR WORKED |
|---|---|---|
| Pension Fund | $5.50 | **Increase of .25 cents** |
| Welfare Fund | 9.50 | Unchanged |
| Annuity Fund | 1.85 | **Increase of .75 cents** |
| Dues Fund | 1.85 | Unchanged |
| Apprenticeship Fund | .15 | Unchanged |
| Industry Advancement Fund | .05 | Unchanged |

Revised payroll reporting forms are included herein reflecting the current rates.

Note that one check should be made payable to the Plasterers & Cement Masons Local #40 Benefit Funds. This check will include the amount payable to the Pension, Welfare, Annuity, Apprenticeship and Industry Advancement Funds. A separate check is required for the Plasterers & Cement Masons Local #40 Dues Fund.

Payments are due on or before the twentieth day of each month for work performed in the prior month.

If you have any questions, kindly call the Fund Office.

Yours very truly,

Valerie E Campana

Valerie E. Campana bm

bm