| MONTH | DUE DATE | HRS | RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INT. OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan. 06 | 2/20/06 | 160 | $17.90 | $2,864.00 | 7.50% | 5/20/07 | 454 | $267.18 | $572.80 | |
| Feb. 06 | 3/20/06 | 58 | $17.90 | $1,038.20 | 7.50% | 5/20/07 | 426 | $90.88 | $207.64 | |
| Mar. 06 | 4/20/06 | 293 | $17.90 | $5,244.70 | 7.75% | 5/20/07 | 395 | $439.87 | $1,048.94 | |
| April. 06 | 5/20/06 | 71 | $17.90 | $1,270.90 | 8.00% | 5/20/07 | 365 | $101.67 | $254.18 | |
| May. 06 | 6/20/06 | 165 | $17.90 | $2,953.50 | 8.00% | 5/20/07 | 334 | $216.21 | $590.70 | |
| June. 06 | 7/20/06 | 52 | $18.90 | $982.80 | 8.25% | 5/20/07 | 304 | $67.53 | $196.56 | |
| **TOTAL** | | 799.00 | | $14,354.10 | | | | $1,183.34 | $2,870.82 | $18,408.26 |
| **ATTY** | **FEES** | | | | | | | | | $1,378.75 |
| **COSTS** | | | | | | | | | | $645.00 |
| **TOTAL** | **OWED** | | | | | | | | | $20,432.01 |