Bank of America Higher Standards

Home · Locations · Contact Us · Help · Sign In

Search

Newsroom

Press Releases

Welcome

Press Kits

Journalist Resources

Prime Rate Information

Speeches

Request Company News

Visit Bank of America's Newsroom in Spanish

<< [Back to Press Kits]

# Bank of America Prime Rate History

Following is a history of changes in the Prime Rate for Bank of America, N.A.

| Year | Date | Rate |
|---|---|---|
| 2006 | June 29 | 8.25% |
| | May 10 | 8.00% |
| | March 28 | 7.75% |
| | January 31 | 7.50% |
| 2005 | December 13 | 7.25% |
| | November 1 | 7.00% |
| | September 20 | 6.75% |
| | August 9 | 6.50% |
| | June 30 | 6.25% |
| | May 3 | 6.00% |
| | March 22 | 5.75% |
| | February 2 | 5.50% |
| 2004 | December 14 | 5.25% |
| | November 10 | 5.00% |
| | September 22 | 4.75% |
| | August 11 | 4.50% |
| | July 1 | 4.25% |
| 2003 | June 27 | 4.00% |
| 2002 | November 7 | 4.25% |
| 2001 | December 13 | 4.75% |
| | November 7 | 5.00% |
| | October 3 | 5.50% |
| | September 18 | 6.00% |
| | August 22 | 6.50% |
| | June 28 | 6.75% |
| | May 16 | 7.00% |
| | April 19 | 7.50% |
| | March 21 | 8.00% |
| | February 1 | 8.50% |
| | January 4 | 9.00% |
| 2000 | May 17 | 9.50% |
| | March 22 | 9.00% |
| | February 3 | 8.75% |
| 1999 | November 17 | 8.50% |
| | August 25 | 8.25% |

Print

Contacts

Key Media Relations Contacts>

Home · Privacy & Security · Careers · Site Map

Official Sponsor 2004-2008 U.S. Olympic Teams USA

Bank of America, N.A. Member FDIC. Equal Housing Lender

© 2006 Bank of America Corporation. All rights reserved.