**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS'AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN,in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 06-446ML |
| STONE FLOOR, LLC, *Defendant.* | : | |

**CERTIFICATION**

I, Elizabeth Wiens, hereby certify that I sent a copy of the Plaintiffs' Motion for Default Judgment, along with its accompanying Affidavits and Exhibits, to Stone Floor LLC on the 8th day of May, 2007, postage prepaid, at the following address:

Cesar Silva R/A/S
Stone Floor, LLC
342 Lomusbury Street
Waterbury, CT 06706

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702

CERTIFICATION

I hereby certify that on the 8th day of May, 2007, I caused a true copy of the within Certification to be filed electronically with the Court. The document is available for viewing and downloading with the ECF system.

/s/ Elizabeth Wiens