5/3/2007
3:46 PM

Slip Listing



Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: Accountant; Advise; Amendment; Appraisal; Arbitration fee; Attendance at; Balance Forward; Balance Forward; Bond Fee; Client Dvlp; Closing; Conference; Constable Fee; Correspondence; Costs; Court; Delivery; Depo. Cost; Deposition; Draft; Education; Electronic File; Fax; FedEx; File Review; Filing fee; Grievance; Hearing; Interpreter; Interview; Invest. Srvc; L/F; L/T; LEXIS; Lease; Legal Research; Long Distance; Meeting; Opinion; Phone Opp Atty; Phone client; Photocopies; Postage; Prep Pleadings; Preparation; Publish Fee; Recording Fee; Research; Response; Retainer; Review; Revise; Service Fee; TCF; TCT; Transcript; travel costs |
| Slip.Date | 2/1/2007 - 4/30/2007 |
| Time.Selection | Include: JAZ; KES; LAW; MBG; RCH; TRL |
| Slip.Extra | Begins with: Stonefloor |
| Slip.Classification | Open |
| Clie.Selection | Include: PLAST 40 FUND |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 6613 | TIME | | LAW | 0.50 | 185.00 | 92.50 |
| 3/29/2007 | | | Draft | 0.00 | C@1 | |
| Billed | G:10892 | 4/4/2007 | PLAST 40 FUND | 0.00 | | |
| Draft letter to Paul Sarza | | | | 0.00 | | |
| | | | Stonefloor | | | |
| 6615 | TIME | | LAW | 0.50 | 185.00 | 92.50 |
| 3/29/2007 | | | TCF | 0.00 | C@1 | |
| Billed | G:10892 | 4/4/2007 | PLAST 40 FUND | 0.00 | | |
| Telephone call from AD re: audit | | | | 0.00 | | |
| | | | Stonefloor | | | |
| 6625 | TIME | | LAW | 0.25 | 185.00 | 46.25 |
| 4/2/2007 | | | TCT | 0.00 | C@1 | |
| WIP | | | PLAST 40 FUND | 0.00 | | |
| Telephone call to Sergio Olivera re: Stonefloor | | | | 0.00 | | |
| | | | Stonefloor | | | |
| 6731 | TIME | | LAW | 0.50 | 185.00 | 92.50 |
| 4/19/2007 | | | Draft | 0.00 | C@1 | |
| WIP | | | PLAST 40 FUND | 0.00 | | |
| Draft response to order to show cause | | | | 0.00 | | |
| | | | Stonefloor | | | |
| 6751 | TIME | | LAW | 0.75 | 185.00 | 138.75 |
| 4/25/2007 | | | Draft | 0.00 | C@1 | |
| WIP | | | PLAST 40 FUND | 0.00 | | |
| Draft motion for default, affidavit and | | | | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| summary of claim | | Stonefloor | | | |
| 6716<br>4/30/2007<br>WIP<br>US District Court filing fee | EXP | Stonefloor<br>MBG<br>Filing fee<br>PLAST 40 FUND | 1 | 350.00 | 350.00 |
| 6761<br>4/30/2007<br>WIP<br>Revise affidavit and send to DL; Calculate atty fees; Draft atty fees affidavit | TIME | LAW<br>Revise<br>PLAST 40 FUND<br><br>Stonefloor | 1.25<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 231.25 |
| Grand Total | | | | | |
| | | Billable | 3.75 | | 1043.75 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 3.75 | | 1043.75 |

Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: Accountant; Advise; Amendment; Appraisal; Arbitration fee; Attendance at; Balance Forward; Balance Forward; Bond Fee; Client Dvlp; Closing; Conference; Constable Fee; Correspondence; Costs; Court; Delivery; Depo. Cost; Deposition; Draft; Education; Electronic File; Fax; FedEx; File Review; Filing fee; Grievance; Hearing; Interpreter; Interview; Invest. Srvc; L/F; L/T; LEXIS; Lease; Legal Research; Long Distance; Meeting; Opinion; Phone Opp Atty; Phone client; Photocopies; Postage; Prep Pleadings; Preparation; Publish Fee; Recording Fee; Research; Response; Retainer; Review; Revise; Service Fee; TCF; TCT; Transcript; travel costs |
| Slip.Date | 9/1/2006 - 4/30/2007 |
| Time.Selection | Include: JAZ; KES; LAW; MBG; RCH; TRL |
| Slip.Extra | Begins with: Stone Floor |
| Slip.Classification | Open |
| Clie.Selection | Include: PLAST 40 FUND |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 5472 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 9/12/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10720 | 10/10/2006 | PLAST 40 FUND | 0.00 | | |
| Draft letter re: audit to Stone Floor | | | | 0.00 | | |
| | | | Stone Floor | | | |
| 5579 | TIME | | LAW | 0.75 | 165.00 | 123.75 |
| 10/4/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10753 | 11/17/2006 | PLAST 40 FUND | 0.00 | | |
| Research CT. section of State and Merlin to obtain alternate address; Draft letter to CS | | | | 0.00 | | |
| | | | Stone Floor | | | |
| 5583 | TIME | | LAW | 1.25 | 165.00 | 206.25 |
| 10/5/2006 | | | Research | 0.00 | C@1 | |
| Billed | G:10753 | 11/17/2006 | PLAST 40 FUND | 0.00 | | |
| Research - indiv. liability and owner in an LLC; Draft complaint | | | | 0.00 | | |
| | | | Stone Floor | | | |
| 5590 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 10/6/2006 | | | Draft | 0.00 | C@1 | |
| Billed | G:10753 | 11/17/2006 | PLAST 40 FUND | 0.00 | | |
| Draft Civil cover sheet | | | | 0.00 | | |
| | | | Stone Floor | | | |
| 5668 | TIME | | LAW | 0.25 | 165.00 | 41.25 |
| 10/26/2006 | | | TCF | 0.00 | C@1 | |
| Billed | G:10753 | 11/17/2006 | PLAST 40 FUND | 0.00 | | |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| Telephone call from constable; Merlin search for R/A/S | | | Stone Floor | 0.00 | | |
| 5705<br>11/14/2006<br>Billed<br>Constable Fee | EXP<br><br>G:10787 | <br><br>12/11/2006 | Stone Floor<br>MBG<br>Constable Fee<br>PLAST 40 FUND | 1 | 295.00 | 295.00 |
| 6438<br>3/5/2007<br>Billed<br>Draft app. for default and affidavit; File | TIME<br><br>G:10892 | <br><br>4/4/2007 | LAW<br>Draft<br>PLAST 40 FUND<br><br>Stone Floor | 0.75<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 138.75 |
| 6611<br>3/28/2007<br>Billed<br>Research re: StonFloor and Stonefloor; Review payroll audit | TIME<br><br>G:10892 | <br><br>4/4/2007 | LAW<br>Research<br>PLAST 40 FUND<br><br>Stone Floor | 0.75<br>0.00<br>0.00<br>0.00 | 185.00<br>C@1 | 138.75 |
| Grand Total | | | | | | |
| | | | Billable | 4.25 | | 1026.25 |
| | | | Unbillable | 0.00 | | 0.00 |
| | | | Total | 4.25 | | 1026.25 |