**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS'AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN,in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 06-446 |
| STONE FLOOR, LLC, *Defendant.* | : | |

**JUDGMENT**

On May 8, 2007, Plaintiffs requested that this Court enter judgment by default against Defendant pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The issues have been addressed and a decision has been rendered. Plaintiffs' Motion is granted and it is hereby

**ORDERERD AND ADJUDGED:**

Judgment shall enter for Plaintiffs in the amount of $ 20,432.01.

ENTER: PER ORDER:

Mary M. Lisi USDJ 5/30/07 Barbara Barletta

Presented by:

/ s / Elizabeth A. Wiens
Elizabeth A. Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Road, Ste. C
N. Kingstown, RI 02852
Tel. 401-294-4700
Fax.401-294-4702