UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JUL 06 2007

PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 INDUSTRY ADVANCEMENT FUND, through its TRUSTEES, PLASTERERS' AND CEMENT MASONS' LOCAL 40 and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v.

STONE FLOOR, LLC,
*Defendant*.

RECEIVED
JUL 18 2007
Property of U.S. District Court
District of Rhode Island

C.A. No. 06-446

**CONSENT ORDER AND JUDGMENT**

By agreement of the parties, it is hereby ORDERED.

1. Judgment shall enter in favor of Plaintiffs and against Defendant for unpaid contributions, interest, penalties and attorneys' fees in the amount of $10,000.

2. Plaintiffs and Defendant agree that contributions will be paid as follows:

| Due Date | Amount Owed |
|---|---|
| July 16, 2007 | $ 5,000 |
| August 16, 2007 | $ 1,000 |
| September 16, 2007 | $ 1,000 |
| October 16, 2007 | $ 1,000 |
| November 16, 2007 | $ 1,000 |
| December 16, 2007 | $ 1,000 |

and that the payments will be mailed to the Plasterers and Cement Masons Local 40, Suite 169, 200 Midway Rd., Cranston, RI 02920 with a notation in the memo line of the payment to include the phrase "per consent decree."

3. In the event that any payment is not received on or before its due date, the remaining amount owed will be immediately due.

4. This Judgment shall be satisfied only upon the receipt of the full amount due pursuant to this agreement.

For Plaintiffs:

Elizabeth Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

For Defendant:

Laura C. Harrington, Esq.
Pond, Harrington & Associates, PC
299 West Main Road
Middletown, RI 02842
(401) 849-0111
(401) 847-0888

ENTER:

Mary M. Lisi
US DJ 7/19/07

PER ORDER:

Barbara Barletta